# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: GARRY, EDWARD §  Case No. 08-35593-JS
GARRY, DAWN §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
DAVID GROCHOCINSKI, TRUSTEE    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 10:00AM on 07/15/2011 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL 60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/13/2011          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                             Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: GARRY, EDWARD | § | Case No.  08-35593-JS |
| GARRY, DAWN | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

|  |  |  |
|---|---|---|
| *The Final Report shows receipts of* | $ | 15,003.07 |
| *and approved disbursements of* | $ | 9.88 |
| *leaving a balance on hand of* [1] | $ | 14,993.19 |

**Balance on hand:**                    $         14,993.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:   $     14,993.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 2,250.30 | 0.00 | 2,250.30 |
| Trustee, Expenses - DAVID GROCHOCINSKI, TRUSTEE | 100.00 | 0.00 | 100.00 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 1,903.75 | 0.00 | 1,903.75 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 36.27 | 0.00 | 36.27 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,537.50 | 0.00 | 1,537.50 |

Total to be paid for chapter 7 administration expenses:   $         5,827.82
Remaining balance:   $         9,165.37

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00

Remaining balance:   $         9,165.37

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00

Remaining balance:   $         9,165.37

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,433.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 55.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -3 | CHASE BANK USA, NA | 5,677.32 | 0.00 | 3,166.26 |
| 2 | FIA CARD SVCS, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP | 8,038.27 | 0.00 | 4,482.96 |
| 3 | Chase Bank USA,N.A. | 415.64 | 0.00 | 231.80 |
| 4 | Recovery Management Systems Corporation | 2,302.72 | 0.00 | 1,284.23 |

Total to be paid for timely general unsecured claims:   $         9,165.25

Remaining balance:   $            0.12

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.12 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.12 |

Prepared By:   /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 08-35593-JHS
Edward W. Garry                                                 Chapter 7
Dawn R. Garry
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: bchavez        Page 1 of 2        Date Rcvd: Jun 14, 2011
                           Form ID: pdf006       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2011.
```
db/jdb        +Edward W. Garry,    Dawn R. Garry,    7N135 Briargate Terrace,   Medinah, IL 60157-9510
aty           +Jay L Dahl,    Law Offices of Jay L. Dahl LTD.,   P. O. Box 187,   Geneva, IL 60134-0187
tr            +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
13005599      +Amrcn Hm Mtg,    Po B  631730,   Irving, TX 75063-0002
13005601      +Aurora Loan,    Pob 1706,   Scottsbluff, NE 69363-1706
13005603       Bk Of Amer,    4060 Ogletown/Stan,   Newark, DE 19713
13005602       Bk Of Amer,    F19-600-02-15,   Jacksonville, FL 32256
13833701      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14361622       CHASE BANK USA, NA,    PO BOX 15145,   WILMINGTON, DE  19850-5145
13005604       Chase,    Bank One Card Serv,   Westerville, OH 43081
13005605      +Chase - Cc,    800 Brooksedge Blv,   Westerville, OH 43081-2822
14004733      +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,   P O Box 740933,
               Dallas, TX 75374-0933
13005606      +Fosco Fullett Rosenlund PC,    1156 Shure Dr., Suite 140,   Arlington Heights, IL 60004-1439
13005607      +Fst Amer Bk,    4949 Old Orchard,   Skokie, IL 60077-1439
13005609      +Hsbc/Bstby,    Pob 15521,   Wilmington, DE 19850-5521
13005611      +Inland Mortgage Servicing Corp.,    2901 Butterfield Rd.,   Oak Brook, IL 60523-1190
13005614      +Metro Federal Credit Union,    2440 E. Rand Road,   Arlington Heights, IL 60004-5802
13005615      +Pierce & Associates,    1 North Dearborn, Suite 1300,   Chicago, IL 60602-4373
13005616      +Randall Village,    c/o HSR Property Services,   8771 Laraway Rd.,   Frankfort, IL 60423-9704
13005617      +Randall Village Condo Assoc.,    c/o Stuart A. Furlett,   1156 Shure Dr. # 140,
               Arlington Heights, IL 60004-1439
13005618      +Scott & Kraus, LLC,    150 S. Wacker Dr.,   Chicago, IL 60606-4103
13005619       THD/Citibank, N.A.,    PO Box 653002,   Dallas, TX 75265-3002
13005620      +Wlsfgr Hmmtg,    7255 Baymeadows Wa,   Jacksonville, FL 32256-6851
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13998772       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2011 00:28:06
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
13005608      +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2011 00:19:41      Gemb/Samsdc,   Po Box 981416,
               El Paso, TX 79998-1416
13005613       E-mail/PDF: cr-bankruptcy@kohls.com Jun 15 2011 00:19:59      Kohls/Chase,   N56 W17000 Ridge,
               Menomonee Fall, WI 53051
14130561      +E-mail/PDF: rmscedi@recoverycorp.com Jun 15 2011 00:19:42
               Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB DISCOVER,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                   TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13005600       ##+Angela Gonzales,   42 Park Avenue, Unit #5,   Lombard, IL 60148-2256
13005610       ##+HSR Property Services LLC,   8771 Laraway Rd.,   Frankfort, IL 60423-9704
13005612       ##+James & Susan Trestrail,   43 Orchard Terrace, Unit #1,   Lombard, IL 60148-2261
                                                                       TOTALS: 0, * 0, ## 3
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: bchavez          Page 2 of 2          Date Rcvd: Jun 14, 2011
                             Form ID: pdf006         Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2011**                **Signature:**