**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: GARRY, EDWARD § Case No. 08-35593-JS | |
| GARRY, DAWN § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $612,359.00             Assets Exempt: $280,456.98
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,165.54      Claims Discharged
                                                Without Payment: $7,268.41

Total Expenses of Administration: $5,837.70

3) Total gross receipts of $ 15,003.24 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,003.24 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,837.70 | 5,837.70 | 5,837.70 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 16,433.95 | 16,433.95 | 9,165.54 |
| **TOTAL DISBURSEMENTS** | $0.00 | $22,271.65 | $22,271.65 | $15,003.24 |

    4) This case was originally filed under Chapter 7 on December 30, 2008. The case was pending for 31 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2011    By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/16 INT/E10204 PICKEREL SLOUGH ROAD, DELTON, WI | 1110-000 | 15,000.00 |
| Interest Income | 1270-000 | 3.24 |
| **TOTAL GROSS RECEIPTS** | | **$15,003.24** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 2,250.30 | 2,250.30 | 2,250.30 |
| DAVID GROCHOCINSKI, TRUSTEE | 2200-000 | N/A | 100.00 | 100.00 | 100.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3310-000 | N/A | 1,537.50 | 1,537.50 | 1,537.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 1,903.75 | 1,903.75 | 1,903.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 36.27 | 36.27 | 36.27 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.88 | 9.88 | 9.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,837.70 | 5,837.70 | 5,837.70 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -3 | CHASE BANK USA, NA | 7100-000 | N/A | 5,677.32 | 5,677.32 | 3,166.36 |
| 2 | FIA CARD SVCS, NA/BANK OF AMERICA BY AMERICAN | 7100-000 | N/A | 8,038.27 | 8,038.27 | 4,483.10 |
| 3 | Chase Bank USA,N.A. | 7100-000 | N/A | 415.64 | 415.64 | 231.81 |
| 4 | Recovery Management Systems Corporation | 7100-000 | N/A | 2,302.72 | 2,302.72 | 1,284.27 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 16,433.95 | 16,433.95 | 9,165.54 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-35593-JS  
**Case Name:** GARRY, EDWARD  
GARRY, DAWN  
**Period Ending:** 08/09/11

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 12/30/08 (f)  
**§341(a) Meeting Date:** 02/24/09  
**Claims Bar Date:** 07/08/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 7N135 BRIARGATE TERRACE, MEDINAH, IL | 281,500.00 | 68,505.00 | DA | 0.00 | FA |
| 2 | PERSONAL BLUEGREEN RESORTS | 6,000.00 | 6,000.00 | DA | 0.00 | FA |
| 3 | 43 ORCHARD TERRACE, LOMBARD | 149,000.00 | 13,038.00 | DA | 0.00 | FA |
| 4 | 42 PARK AVENUE, LOMBARD, IL | 174,500.00 | 38,563.00 | DA | 0.00 | FA |
| 5 | 1680 CARLEMONT DRIVE, UNIT A, CRYSTAL LAKE | 143,000.00 | 0.00 | | 0.00 | FA |
| 6 | 1599 CARLEMONT DRIVE, UNIT C, CRYSTAL LAKE | 160,000.00 | 0.00 | | 0.00 | FA |
| 7 | 1599 CARLEMONT, UNIT A, CRYSTAL LAKE | 150,000.00 | 0.00 | | 0.00 | FA |
| 8 | 1/16 INT/E10204 PICKEREL SLOUGH ROAD, DELTON, WI | 9,600.00 | 9,600.00 | | 15,000.00 | FA |
| 9 | CASH | 250.00 | 0.00 | | 0.00 | FA |
| 10 | CHECKING ACCOUNTS | 4,747.73 | 0.00 | | 0.00 | FA |
| 11 | HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 12 | CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 13 | 300 BROWNING MAG RIFLE | 200.00 | 0.00 | DA | 0.00 | FA |
| 14 | IRA | 24,637.25 | 0.00 | | 0.00 | FA |
| 15 | 457 DEFERRED COMP | 27,030.38 | 0.00 | | 0.00 | FA |
| 16 | 401K | 25,877.35 | 0.00 | | 0.00 | FA |
| 17 | US SAVINGS BONDS | 500.00 | 0.00 | | 0.00 | FA |
| 18 | 1999 DODGE VAN | 309.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2004 NISSA MAXIMA | 14,000.00 | 0.00 | | 0.00 | FA |
| 20 | 1996 PONTIAC GRAND AM | 1,000.00 | 0.00 | | 0.00 | FA |
| 21 | FLAT BED TRAILER | 350.00 | 0.00 | DA | 0.00 | FA |
| 22 | 1980 RANGER BASS BOAT | 500.00 | 0.00 | DA | 0.00 | FA |
| 23 | 1999 DODGE VAN | 3,800.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.24 | FA |
| 24 | **Assets** **Totals** (Excluding unknown values) | **$1,179,701.71** | **$135,706.00** | | **$15,003.24** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-35593-JS  
**Case Name:** GARRY, EDWARD  
　　　　　　　GARRY, DAWN  
**Period Ending:** 08/09/11

**Trustee:** (520067)　DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 12/30/08 (f)  
**§341(a) Meeting Date:** 02/24/09  
**Claims Bar Date:** 07/08/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

　　REVIEWING VALUES OF REAL ESTATE; BROKER ESTIMATES TO COME; POSSIBLE SALE OF REAL ESTATE  
　　ACCOUNTANT EMPLOYED 1/7/11; WAITING FOR TAX RETURNS; COMPLETED CLAIMS REVIEW

**Initial Projected Date Of Final Report (TFR):**　　April 30, 2010　　　　**Current Projected Date Of Final Report (TFR):**　　June 13, 2011  (Actual)

Printed: 08/09/2011 08:53 AM　　V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-35593-JS  
**Case Name:** GARRY, EDWARD  
GARRY, DAWN  
**Taxpayer ID #:** **-***8731  
**Period Ending:** 08/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******68-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | {8} | EDWARD GARRY | SETTLEMENTPAYMENT | 1110-000 | 10,000.00 | | 10,000.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.13 | | 10,000.13 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,000.56 |
| 06/02/10 | {8} | EDWARD GARRY | SETTLEMENT PAYMENT | 1110-000 | 833.33 | | 10,833.89 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,834.33 |
| 07/01/10 | {8} | EDWARD GARRY | SETTLEMENT PAYMENT | 1110-000 | 833.33 | | 11,667.66 |
| 07/27/10 | {8} | EDWARD GARRY | SETTLEMENT PAYMENT | 1110-000 | 833.33 | | 12,500.99 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.50 | | 12,501.49 |
| 08/31/10 | {8} | EDWARD GARRY | SETTLEMENT PAYMENT | 1110-000 | 833.33 | | 13,334.82 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.53 | | 13,335.35 |
| 09/30/10 | {8} | EDWARD GARRY | SETTLEMENT PAYMENT | 1110-000 | 833.34 | | 14,168.69 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,168.79 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,168.90 |
| 11/02/10 | {8} | EDWARD GARRY | SETTLEMENT PAYMENT | 1110-000 | 833.34 | | 15,002.24 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,002.36 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,002.48 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,002.60 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-35593, Bond#016026455 | 2300-000 | | 9.88 | 14,992.72 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,992.83 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,992.95 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,993.07 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,993.19 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,993.31 |
| 07/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 14,993.36 |
| 07/14/11 | | To Account #9200******6866 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 14,993.36 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,003.24 | 15,003.24 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,993.36 | |
| | | | **Subtotal** | | 15,003.24 | 9.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,003.24** | **$9.88** | |

{} Asset reference(s)

Printed: 08/09/2011 08:53 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-35593-JS
**Case Name:** GARRY, EDWARD
GARRY, DAWN
**Taxpayer ID #:** **-***8731
**Period Ending:** 08/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******68-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/14/11 | | From Account #9200******6865 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 14,993.36 | | 14,993.36 |
| 07/15/11 | 101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $2,250.30, Trustee Compensation; Reference: | 2100-000 | | 2,250.30 | 12,743.06 |
| 07/15/11 | 102 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $100.00, Trustee Expenses; Reference: | 2200-000 | | 100.00 | 12,643.06 |
| 07/15/11 | 103 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,537.50, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 1,537.50 | 11,105.56 |
| 07/15/11 | 104 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $1,903.75, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,903.75 | 9,201.81 |
| 07/15/11 | 105 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $36.27, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 36.27 | 9,165.54 |
| 07/15/11 | 106 | CHASE BANK USA, NA | Dividend paid 55.77% on $5,677.32; Claim# 1-3; Filed: $5,677.32; Reference: | 7100-000 | | 3,166.36 | 5,999.18 |
| 07/15/11 | 107 | FIA CARD SVCS, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP | Dividend paid 55.77% on $8,038.27; Claim# 2; Filed: $8,038.27; Reference: | 7100-000 | | 4,483.10 | 1,516.08 |
| 07/15/11 | 108 | Chase Bank USA,N.A. | Dividend paid 55.77% on $415.64; Claim# 3; Filed: $415.64; Reference: | 7100-000 | | 231.81 | 1,284.27 |
| 07/15/11 | 109 | Recovery Management Systems Corporation | Dividend paid 55.77% on $2,302.72; Claim# 4; Filed: $2,302.72; Reference: | 7100-000 | | 1,284.27 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 14,993.36 | 14,993.36 | $0.00 |
| Less: Bank Transfers | | 14,993.36 | 0.00 | |
| **Subtotal** | | 0.00 | 14,993.36 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$14,993.36** | |

Net Receipts : 15,003.24
Net Estate : $15,003.24

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******68-65** | 15,003.24 | 9.88 | 0.00 |
| **Checking # 9200-******68-66** | 0.00 | 14,993.36 | 0.00 |
| | $15,003.24 | $15,003.24 | $0.00 |

{} Asset reference(s)    Printed: 08/09/2011 08:53 AM    V.12.57